UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 3:18-78 |
| ) | 18 U.S.C. § 1349 |
| ) | 26 U.S.C. § 7206(1) |
| v. ) | 26 U.S.C. § 7212(a) |
| ) | |
| **RONALD ALLEN WRIGHT** ) | **INDICTMENT** |
| **JORETTA JACKSON** ) | |

## COUNT 1

THE GRAND JURY CHARGES:

### THE SCHEME AND ARTIFICE TO DEFRAUD

1. At all times relevant to this Indictment:

    a. **RONALD ALLEN WRIGHT** was the owner and operator of "Money Solutions" in Columbia, South Carolina. Money Solutions purported to be a company specializing in debt relief.

2. The scheme and artifice to defraud operated substantially as follows:

    a. **RONALD ALLEN WRIGHT** solicited customers for Money Solutions promising to rid the customers of various forms of debt;

    b. **RONALD ALLEN WRIGHT** engaged in various discredited tax defier tactics, including the so-called "redemption theory" in an effort to fraudulently satisfy the consumer and tax debt of their customers.

    c. **RONALD ALLEN WRIGHT** created, prepared, submitted and caused to be created, prepared and submitted various fraudulent documents on behalf of Money Solution clients in an effort to fraudulently satisfy debt;

    d. **RONALD ALLEN WRIGHT** accepted payment from clients in exchange for the creation of false and fraudulent documents and debt relief advice;

3. Beginning in a time unknown, but from at least in or about 2013 through on or about the date of this indictment, in the District of South Carolina, the defendant, **RONALD ALLEN WRIGHT** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons, known and unknown to the grand jury, to commit the following violations:

    a. Having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises and for the purpose of executing such scheme and artifice, to knowingly transmit and cause to be transmitted by means of wire in interstate commerce, writings, signs and signals, in violation of Title 18, United States Code, Section 1343;

    b. Having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises and for purpose of executing the above scheme and artifice, and attempting to do so, did cause to be delivered by commercial interstate carrier, false and fraudulent financial documents, in violation of Title 18, United States Code, Section 1341

All in violation of Title 18, United States Code, Section 1349.

2

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That between on or about November 20, 2014 and on or about March 9, 2015, in the District of South Carolina, the Defendants, **RONALD ALLEN WRIGHT** and **JORETTA JACKSON**, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by a worthless check scheme whereby **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did create false and fraudulent payment documents using routing and account numbers from a closed bank account; that **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did so in an attempt to fraudulently satisfy **JORETTA JACKSON's** federal tax liability; and that **JORETTA JACKSON** did submit a false and fictitious financial instrument to employees of the IRS with a purported face amount of $77,882.70 in an effort to discharge her debt to the IRS;

In violation of Title 26, United States Code, Section 7212(a).

3

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That between on or about November 20, 2014 and on or about March 9, 2015, in the District of South Carolina, the Defendants, **RONALD ALLEN WRIGHT** and **JORETTA JACKSON**, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by a worthless check scheme whereby **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did create false and fraudulent payment documents using routing and account numbers from a closed bank account; that **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did so in an attempt to fraudulently satisfy **JORETTA JACKSON's** federal tax liability; and that **JORETTA JACKSON** did submit a false and fictitious financial instrument to employees of the IRS with a purported face amount of $10,700 in an effort to discharge her debt to the IRS;

In violation of Title 26, United States Code, Section 7212(a).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about March 10, 2015, in the District of South Carolina, the Defendant, **RONALD ALLEN WRIGHT**, a resident of Columbia, South Carolina, did willfully make and subscribe a IRS Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which **RONALD ALLEN WRIGHT** did not believe to be true and correct as to every material matter. That IRS Form 1040, which was electronically filed with the Director, Internal Revenue Service Center, through Martinsburg, West Virginia, and failed to declare business income on a Schedule C, whereas, as he then and there knew, he had received business income;

In violation of Title 18, United States Code, Section 7206(1).

A \_\_True_____ BILL

_____
FOREPERSON

_____
BETH DRAKE (TDP)
UNITED STATES ATTORNEY

5