**Special Deposit**

RECEIVED
USDC CLERK, COLUMBIA, SC

2018 JAN 29 AM 11: 34

RONALD ALLEN WRIGHT, estate
121 Honey Tree Road
Columbia, South Carolina Republic 29209
803-542-2859

Certified Mail No: 7016 2710 0000 5106 1603

United States District Court of South Carolina
Robin L. Blume, Clerk of Court
901 Richland St, Columbia, SC 29201

Dear Honorable Robin L. Blume:

This letter is from the office of the executor RONALD ALLEN WRIGHT estate. I am requesting a preliminary hearing for settlement and closure for the benefit of the beneficiary of case number 3:8-78. Your cooperation is greatly appreciated.

Executor,

_____

01/24/18
Date

