IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:18-78 |
| | ) | |
| v. | ) | MOTION TO BE RELIEVED |
| | ) | AS COUNSEL |
| RONALD ALLEN WRIGHT | ) | |

COMES NOW Daniel C. Leonardi, court-appointed counsel for the defendant herein, and hereby moves the court to relieve him as counsel for Ronald Allen Wright on the grounds that it appears that a conflict of interest has developed between Mr. Wright and another defendant currently represented by a lawyer in the Columbia, South Carolina, Federal Public Defender's Office.

WE SO MOVE.

Respectfully submitted,

s/DANIEL C. LEONARDI
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: (803) 765-5076
ATTORNEY ID# 9332
Email address: dan_leonardi@fd.org

Columbia, South Carolina

February 5, 2018