**Special Deposit**



RECEIVED
ISDC CLERK, COLUMBIA, SC

2018 FEB -6 AM 10: 15

RONALD ALLEN WRIGHT, estate
121 Honey Tree Road
Columbia, South Carolina Republic 29209
803-542-2859

Certified Mail No: 7016 2710 0000 5106 1634

United States District Court of South Carolina
Robin L. Blume, Clerk of Court
901 Richland St, Columbia, SC 29201

Dear Honorable Robin L. Blume:

This letter is from the office of the executor RONALD ALLEN WRIGHT estate. Please take notice that case number 3:8-78 has been forwarded to the United States Treasury Fraud Department as they have requested, with all the faxes and evidence that I could possibly give them. In addition to this, please remove any public defenders that has been assigned to this case for their services are not needed. I am resending all signatures if any concerning this matter, I never waived any of my rights. I gave notice on all signatures that I was reserving my rights using UCC1-308. It is a matter of law that attorneys cannot represent private Americans. As a result of the issues involving this case there will be a qui tam action file with the United States Courts and not the United States Federal District Court.

Your cooperation is greatly appreciated.

Executor,

_____

02/05/18
Date

RONALD ALLEN WRIGHT, estate
121 Honey Tree Road
Columbia, South Carolina Republic 29209
803-542-2859

Certified Mail No: 7106 2710 0000 5106 1627

Federal Public Defender
District of South Carolina
Allen Burnside-Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, SC 29201
Grand South Bank Building
Fax: (803) 765-5084
E-mail: allen_burnside@fd.org

Dear Allen Burnside:

This letter is from the office of the executor RONALD ALLEN WRIGHT estate. Please take notice that case number 3:8-78 has been forwarded to the United States Treasury Fraud Department as they have requested, with all the faxes and evidence that I could possibly give them. In addition to this, your services are no longer needed and I have already notified the Clerk of Court. I am resending all signatures if any concerning this matter. I never waived any of my rights. I gave notice on all signatures that I was reserving my rights using UCC1-308. It is a matter of law that attorneys cannot represent private Americans. As a result of the issues involving this case there will be a qui tam action file with the United States Courts and not the United States Federal District Court.

Cease and desist from any further actions and notify the court.

Executor,

02/05/18

Wright, Ronald Allen
121 Honey Tree Road
Columbia, South Carolina Republic [29209]


J. Russell George, Inspector General
Fraud Division
Fax# 202-927-7018

   Subject: Filing Report as I was instructed by your office.

I Ronald Wright am writing this report to your office as I was instructed by one of your staff
members. I would like to thank you in advance for your investigation in this matter.

1. On November 20, 2015, my business was raided by the FBI of Columbia South Carolina
   along with an female agent who posed as an employee of the South Carolina Department
   of Revenue based upon the business card that was given to me and my employees.
   (Please see exhibit A, B)

2. One of my clients who IRS debt that was properly discharged, all of a sudden 3 months
   later after the raid, all of the discharged debts reappeared. The letter he received from the
   IRS showing that the debt was cleared was taken during the FBI raid on November 20,
   2015.

3. From that time to now, the agent from the FBI and the South Carolina Revenue
   Department has been harassing my clients, saying they are trying to get a case against
   me.

4. On January 17, 2018, I received a phone call a FBI agent Mack Desmond who indicated
   to me that they had obtained an indictment the day before. (See Exhibit C) and wanted
   me to come to the Federal Court at 9am on January18th for arraignment. Then I received
   another call from the same FBI agent about 4pm that afternoon that indicated that due to
   the weather that everything will be delayed and I will need to come in at 11am instead.
   He also stated that, " I don't have to come with a representative and that I can do that
   later, and that I should not have to worry about a bond as long as I show up, and he also
   said,"The only plea that the judge will receive on that day is a **NOT GUILTY** plea." (A
   clear violation of due process of law)

5. At 10:33a on January 17, 2018 I received  a phone call from telephone number 901-214-
   2999, in which there was a female speaking at the time I answered and as soon as I spoke
   she immediately stop talking and just held the phone even though I was saying hello.  I
   hung up the phone and dialed the number back and the number indicated that it was a call
   from the IRS and stated that, "an employee of the IRS is trying to get in contact with you

6.  and that they will continue to call you to reach you". This drew a red flag in my mind because the public is constantly being told because the IRS does not call you.

7.  When I returned home later on that day on January 17, 2018, my wife indicated to me that a special agent with the **IRS was trying to get in contact with me**, I replied, "Was the call from a 901 area code?", and my wife said yes. The name that the agent left was **Misty Davis,** and I said to myself, "That's the same agent that came with the FBI that raided my office", in which at that time she indicated that she was an employee of South - Carolina Department of Revenue. The agent left 2 telephone numbers for my wife to give to me so I can contact her. Both telephone numbers were cell phone numbers neither one was an actual office number. In fact, one was on a Sprint network while the other was on Nextel network. The sprint network number is 803-312-7737 and the Nextel number was 803-518-7212. I obtained the information on these numbers by using a telephone number search on google.

8.  I ran the telephone number that the alleged IRS special agent called from which were 901-214-2999 through the telephone search software which came back as spam or / fraud. (low risk)

9.  At this point I contacted the Attorney General of the State of South Carolina and they immediately referred me to contact your office to have an investigation started concerning this matter.

10. When I arrived at the Federal Courthouse on January 18, 2018 at approximately 10:30a. While waiting for the courtroom to open I spoke briefly with the FBI agent Mack Desmond, saying, "That after the arraignment they will take me downstairs to get booked. After the arraignment, I was lead downstairs by the FBI agent and Misty Davis, which then I asked Misty Davis, I asked her if she worked for the South Carolina Department of Revenue, she replied, "NO I work for the IRS". Then I asked for a business card, she stated, "I have to get you one", but she never gave me a business card. While being booked into the system by the US Marshal. The US Marshal was asking Misty how to put in one of the charges that was indicated on the indictment because there was no code for it and Misty didn't know how to put it in. So they just put "Income Tax Fraud".

11. Looking into the criminal case that was brought against me, I have never been presented with a badge from the IRS agent nor have I have seen any warrants from the Treasury Department such as Form 6200 or 6201.

 COPY

12. These agencies including the alleged IRS Agent is opposing the discharge of debt, until I feel that they are employed by a Federal Reserve System because, the more the public uses Federal Reserve Notes there's no reduction in the Public Debt, it only increases it, whereas, when it is discharged by the credit of the American people it reduces the Public Debt.

Thank you for looking into these issues on my behalf.

Ronald A. Wright

03/05/18

Date

COPY

# EXHIBIT A

 COPY

**RONALD ALLEN WRIGHT**

**121 Honey Tree Road**

**Columbia, SC. 29209**

**Phone No:  803-457-3499**

SOUTH CAROLINA DEPARTMENT OF REVENUE                    Date: 12/28/2015

LAURA WATTS/CEO

Post Office Box 125

Columbia, South Carolina 29214


DEAR: LAURA WATTS/CEO

I, Ronald the executor of RONALD ALLEN WRIGHT ESTATE, am writing to inform you of an incident that occurred on November, 20th 2015 and to make a claim. On November 20th, 2015 I was visited by Misty Davis one of your Agent/ employee including the FBI.  Misty Davis and the FBI came with a search and Seize warrant at my Business, located at 7356 Garners Ferry Road. Suite 218, Columbia, S.C. 29209.  All files, Computers, and other documents was seized and carried away.

As the executor and a living man, I am making a claim of unauthorized use and Administration of RONALD ALLEN WRIGHT ESTATE.  Money Solutions and all its Files, Computers, and Documents are all properties of RONALD ALLEN WRIGHT ESTATE.  This action is an act of Trespassing that was committed by your Agent and the FBI. The warrant that was executed was executed upon an entity and not the living man, but it has caused me harm in more ways than one.  RONALD ALLEN WRIGHT is an assumed name registered with the Secretary of State which is also property of RONALD ALLEN WRIGHT ESTATE.

I am demanding for the return of all files, computers, and other documents to be return within 72 hrs from the receipt of this letter.  Failure to do so you will be charged $ 25,000 per day until everything is return and setup the way they found it. I did called Misty Davis and told her that I needed a list of names of all Agents and another copy of the warrant and the inventory list of the items that was removed from my place of Business.  As of December 28th, 2015 I have not received a phone call from Misty Davis in response to my request. If you have any questions, please contact me at the information at the top of this letter.

Signature _Wright Ronald Allen_____Executor

COPY

 **USPS.COM**

# USPS Tracking®



**Customer Service ›**
**Have questions? We're here to help.**

**Get Easy Tracking Updates ›**
**Sign up for My USPS.**

**Tracking Number: 70151520000230308454**

**Updated Delivery Day: Wednesday, February 3, 2016**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 3, 2016 , 10:17 am** | Delivered | **COLUMBIA, SC 29210** |

Your item was delivered at 10:17 am on February 3, 2016 in COLUMBIA, SC 29210.

| February 3, 2016 , 8:31 am | Arrived at Unit | COLUMBIA, SC 29210 |
| February 2, 2016 , 11:53 pm | Arrived at USPS Facility | COLUMBIA, SC 29201 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

**Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

 COPY

COPY

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com* .

OFFICIAL USE

**Certified Mail Fee**

$

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

**Postage**

$

**Total Postage and Fees**

$

Sent To *SC Dept Of Revenue/Laura Watts*

Street and Apt. No., or PO Box No. *300 Outlet Point Blvd Ste. A*

City, State, ZIP+4® *Columbia, SC 29210*

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7015 1520 0002 3030 8454



# EXHIBIT B

 COPY

**RONALD ALLEN WRIGHT**

**121 Honey Tree Road**

**Columbia, SC. 29209**

**Phone No: 803-457-3499**

SOUTH CAROLINA FBI                                           Date: 02/07/2016

DAVID A. THOMAS/SPECIAL AGENT

151 WESTPARK BLVD

Columbia, South Carolina 29210


DEAR: DAVID A. THOMAS/ FBI SPECIAL AGENT

I, Ronald the executor of RONALD ALLEN WRIGHT ESTATE, am writing to inform you of an incident that occurred on November, 20th 2015 and to make a claim. On November 20th, 2015 I was visited by Bill Moser one of your Agent/ employee along with several other FBI Agents from the Terrorist Division including Misty Davis from the South Carolina Department of Revenue. They came with a search and Seize warrant signed by a Magistrate Judge from the Federal Court, at my Business, located at 7356 Garners Ferry Road Suite 218, Columbia, S.C. 29209. All files, Computers, and other documents was seized and carried away.

As the Executor and a living man, I am making a claim of unauthorized use and Administration of RONALD ALLEN WRIGHT ESTATE. Money Solutions and all its Files, Computers, and Documents are all properties of RONALD ALLEN WRIGHT ESTATE. This action is an act of Trespassing that was committed by your Agents. The warrant that was executed was executed upon an entity and not the living man, but it has caused me harm in more ways than one. RONALD ALLEN WRIGHT is a DBA name, and an assumed name registered with the Secretary of State which is also property of RONALD ALLEN WRIG

I did contacted Misty Davis and told her that I needed a list of names of all Agents and another copy of the warrant and the inventory list of the items that was removed from my place of Business. As of February 7th, 2015 I have not received a phone call from Misty Davis in response to my request. At this time I am reaching out to you to provide me with a list of all FBI I Agents that was involved in the Search and Seizure, a copy of the Search and Seizure Warrant, inventory list of the items that was removed from my office, and the returned of all items that was removed to be returned and placed back in order the way it was when they removed them. Failure to do so you will be charged $ 25, 000.00 per day until everything is returned and setup the way they found it. If you have any questions, please contact me at the information at the top of this letter.

Signature _____ Executor

**English**        **Customer Service**        **USPS Mobile**                           **Register / Sign In**

## ᴝ**USPS.COM**

# USPS Tracking®



**Customer Service ›**
**Have questions? We're here to help.**



**Get Easy Tracking Updates ›**
**Sign up for My USPS.**

**Tracking Number: 70151520000230237631**

**Updated Delivery Day: Tuesday, February 9, 2016**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

### Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 9, 2016 , 10:37 am** | Delivered | **COLUMBIA, SC 29210** |

Your item was delivered at 10:37 am on February 9, 2016 in COLUMBIA, SC 29210.

| | | |
|---|---|---|
| February 9, 2016 , 8:47 am | Out for Delivery | COLUMBIA, SC 29210 |
| February 9, 2016 , 8:37 am | Sorting Complete | COLUMBIA, SC 29210 |
| February 9, 2016 , 8:24 am | Arrived at Unit | COLUMBIA, SC 29210 |
| February 9, 2016 , 2:58 am | Departed USPS Facility | COLUMBIA, SC 29201 |
| February 8, 2016 , 6:09 pm | Arrived at USPS Facility | COLUMBIA, SC 29201 |

## Track Another Package

**Tracking (or receipt) number**

| 70151520000230237631 | **Track It** |
|---|---|

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



**Sign up for My USPS ›**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

**Postage**
$

**Total Postage and Fees**
$

Sent To  FBI Special Agent / DAVid A. Thomas

Street and Apt. No., or PO Box No.  151 West Park Blvd

City, State, ZIP+4®  Columbia, SC  29210

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7015 1520 0002 3023 7631


COPY

**EXHIBIT C**



AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

SOUTH CAROLINA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | ) |
| | ) |
| RONALD ALLEN WRIGHT | ) |
| *Defendant* | |

Case No.    3:18-78

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     RONALD ALLEN WRIGHT

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1349
Title 26, United States Code, Section 7206(1)
Title 26, United States Code, Section 7212(a)

Date:     1/16/2018

s/Angie Snipes
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

City and state:     Columbia, South Carolina

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____          _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

UNITED STATES OF AMERICA ) CRIMINAL NO. 3:18-78
) 18 U.S.C. § 1349
) 26 U.S.C. § 7206(1)
v. ) 26 U.S.C. § 7212(a)
)
**RONALD ALLEN WRIGHT** ) **INDICTMENT**
**JORETTA JACKSON** )

## COUNT 1

THE GRAND JURY CHARGES:

### THE SCHEME AND ARTIFICE TO DEFRAUD

1. At all times relevant to this Indictment:

   a. **RONALD ALLEN WRIGHT** was the owner and operator of "Money Solutions" in Columbia, South Carolina. Money Solutions purported to be a company specializing in debt relief.

2. The scheme and artifice to defraud operated substantially as follows:

   a. **RONALD ALLEN WRIGHT** solicited customers for Money Solutions promising to rid the customers of various forms of debt;

   b. **RONALD ALLEN WRIGHT** engaged in various discredited tax defier tactics, including the so-called "redemption theory" in an effort to fraudulently satisfy the consumer and tax debt of their customers.

   c. **RONALD ALLEN WRIGHT** created, prepared, submitted and caused to be created, prepared and submitted various fraudulent documents on behalf of Money Solution clients in an effort to fraudulently satisfy debt;

1



d. **RONALD ALLEN WRIGHT** accepted payment from clients in exchange for the creation of false and fraudulent documents and debt relief advice;

3. Beginning in a time unknown, but from at least in or about 2013 through on or about the date of this indictment, in the District of South Carolina, the defendant, **RONALD ALLEN WRIGHT** did knowingly and willfully combine, conspire, confederate, and agree together and with other persons, known and unknown to the grand jury, to commit the following violations:

   a. Having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises and for the purpose of executing such scheme and artifice, to knowingly transmit and cause to be transmitted by means of wire in interstate commerce, writings, signs and signals, in violation of Title 18, United States Code, Section 1343;

   b. Having devised and intending to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises and for purpose of executing the above scheme and artifice, and attempting to do so, did cause to be delivered by commercial interstate carrier, false and fraudulent financial documents, in violation of Title 18, United States Code, Section 1341

All in violation of Title 18, United States Code, Section 1349.

2

 COPY

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That between on or about November 20, 2014 and on or about March 9, 2015, in the District of South Carolina, the Defendants, **RONALD ALLEN WRIGHT** and **JORETTA JACKSON**, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by a worthless check scheme whereby **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did create false and fraudulent payment documents using routing and account numbers from a closed bank account; that **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did so in an attempt to fraudulently satisfy **JORETTA JACKSON's** federal tax liability; and that **JORETTA JACKSON** did submit a false and fictitious financial instrument to employees of the IRS with a purported face amount of $77,882.70 in an effort to discharge her debt to the IRS;

In violation of Title 26, United States Code, Section 7212(a).



3

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That between on or about November 20, 2014 and on or about March 9, 2015, in the District of South Carolina, the Defendants, **RONALD ALLEN WRIGHT** and **JORETTA JACKSON**, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by a worthless check scheme whereby **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did create false and fraudulent payment documents using routing and account numbers from a closed bank account; that **RONALD ALLEN WRIGHT** and **JORETTA JACKSON** did so in an attempt to fraudulently satisfy **JORETTA JACKSON's** federal tax liability; and that **JORETTA JACKSON** did submit a false and fictitious financial instrument to employees of the IRS with a purported face amount of $10,700 in an effort to discharge her debt to the IRS;

In violation of Title 26, United States Code, Section 7212(a).

4

 COPY

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about March 10, 2015, in the District of South Carolina, the Defendant, **RONALD ALLEN WRIGHT**, a resident of Columbia, South Carolina, did willfully make and subscribe a IRS Form 1040, which was verified by a written declaration that it was made under the penalties of perjury and which **RONALD ALLEN WRIGHT** did not believe to be true and correct as to every material matter. That IRS Form 1040, which was electronically filed with the Director, Internal Revenue Service Center, through Martinsburg, West Virginia, and failed to declare business income on a Schedule C, whereas, as he then and there knew, he had received business income;

In violation of Title 18, United States Code, Section 7206(1).

A ___True___ BILL



FOREPERSON



BETH DRAKE (TDP)
UNITED STATES ATTORNEY

5

COPY

**UNITED STATES OF AMERICA v. RONALD ALLEN WRIGHT and
JORETTA JACKSON**

### PENALTY SHEET

### Count 1 (Wright)

18 U.S.C. §1349

Maximum sentence of imprisonment of 20 years and/or a fine of $250,000 and a
term of supervised release of not more than 3 years plus a special assessment of
$100.00.

### Counts 2 and 3 (Wright and Jackson)

26 U.S.C. §7212(a)

Maximum sentence of imprisonment of 3 years and/or a fine of $5,000 and a term
of supervised release of not more than 1 year plus a special assessment of $100.00.

### Count 4 (Wright)

26 U.S.C. §7206(1)

Maximum sentence of imprisonment of 3 years and/or a fine of $100,000 and a
term of supervised release of not more than 1 year plus the cost of prosecution,
plus a special assessment of $100.00.


COPY

# DETAIL SUMMARY OF THE EVENTS
## OF
## NOVEMBER 20, 2015
### Ronald Allen Wright (A Private American)

This is a detail summary of the events that happened on November 20, 2015 and thereafter.

1. At about 1:25pm on November 20, 2015, my office at 7356 Garners Ferry Road Suite 218 was seized by FBI Agents wearing jackets that Terrorist Division on the back of them. It was more than about 30 agents including but not limited to one agent that purported to be from the South Carolina Department of Revenue (Misty Davis)

2. They had a warrant to search and seize for my business Money Solutions, they were supposed to seize all files including all data digital information and equipment.

3. The process lasted for more than 3 hours in which they also seized my cell phone, my business license off the wall and the frame, including but not limited to a judgement from a court decision of one of my clients who had won her case.

4. I was told by one of the FBI agent (Mack Desmond) that the courts were not going to listen to anything that I was telling the clients to use in their case and that I was just clogging up the court cases. I replied, "Everything I do I can get certified copies from the Library of Congress".

5. The FBI Agent (Mack Desmond) made it clear to me that I was not under arrest and that they were just starting an investigation and that I can continue to work. He also added that my electronics would be returned to me by the end of the following week, to date I have not received everything that was taken from my office.

6. During the process of the seizure other FBI agents were questioning 2 of my other employees. One of my employees were being told that the Authenticated Birth Certificate that we were having Authenticated in the State where they were originated and then forwarded to the United States Secretary of State were bogus and fraud. She was being told that the code in front of the Authentication Cover was bogus and did not exist. She was also being told that the signature on the front cover was not the signature of John Kerry who was at the time was the United States Secretary of State, but she knew he was lying to her because she had been in contact with staff at the United States Secretary of State on several occasions. Whereas the FBI confiscated my Authenticated Birth Certificate but I immediately another Birth Certificate and had the same process done over. This time I went to the United States Secretary of State and explained to them what the FBI was saying about the authentication of the Birth Certificate. They replied, "Sir you are not in any trouble, if the FBI has a problem them to come see us because they know all about the Authentication of the Birth Certificate."

COPY

7. While on the other hand another FBI agent was questioning another employee telling her she can get up to 15 years for filling out 1099 A's and C's with the IRS.

8. At the end of the day when it is all said and done, I was told that I had an outstanding warrant in Rock Hill South Carolina. This warrant was in reference to a process in which I utilized some codes found in the Universal Commercial Code, when the business I presented to refused to accept it, I used Federal Reserve Notes to pay the balance, I was never informed that they had obtained a warrant for this transaction.

9. Because of this warrant I was detained in the York County Detention Center in Rock Hill South Carolina. When I was being booked in, I had in my possession a copy of the warrant that the FBI used to seize my belongings from the office, an inventory list of everything that was taken from my office, including but not limited to the outstanding warrant that Rock Hill had issued against me.

10. The next day on November 21, 2015, I was released on a $3000.00 bond, but the copy of the warrant that the FBI used to search and seize my office, the inventory list of everything that was taken from my office, and a copy of the outstanding warrant I was arrested for was all missing.

11. No one was able to give any explanation where these items were to be found.

12. The following week I wrote a letter to the York County Clerk of Court from the Office of the Executor Ronald Allen Wright requesting a preliminary hearing to settle the matter. In response to this letter I received a phone call from the assistant solicitor notifying me that the case was being dismissed.

13. I contacted the FBI of Columbia and the South Carolina Department of Revenue requesting for copies of the warrant and a copy of the inventory list they took from my office and I received no response.

14. Then I sent out by certified mail a second letter demanding action (See Exhibit A & B), but instead my former employee received a call from the FBI asking her to come in for a interview because the guys who came on the 20th of November 2015 had screwed up and they needed to do everything over. This call came right after they had received the certified letter I sent to them. (See Exhibit A & B) which has copies of certified receipt.

15. From that time until now, clients have been harassed continuously by the FBI, even to the point that they were bragging that they took all my belongings out the office and were being told that they were scammed by me.

COPY

16. My clients were reporting to me everything that was going on with them about the harassment they were getting from the FBI. The FBI was unaware that in a lot of the case with my clients, that the clients discovered that the attorneys in their foreclosure case were scamming them based upon the issues that we had uncovered with the Comptroller of Currency but the courts were turning a death ear. So at the end of the day when the courts were not listening to the clients but steady foreclosing on the properties the FBI wanted them to believe that I scammed the clients because it didn't work. The good thing is most of my clients understand what is going on and were not falling for the foolishness of the FBI.

17. I paid a visit to the United States Federal District Court for the District of South Carolina to try to obtain a copy of the warrant that was signed by a Magistrate from that court but I was told that they had no record of any warrant being issue for me nor my business "Money Solutions".

18. As stated in my fraud complaint they have obtained an indictment with a co-defendant by the name of Joretta Jackson, who they claimed that I did an EFT process on discharging to IRS debts. They were so aggressive in bringing charges against me and did not do a thorough investigation concerning this matter, because I discovered after receiving the indictment that she was really not my customer that one of my employees did this process without authorization through my company. So this equals a false charge.

19. On the other charges concerning the 1040 filing they are claiming that I filed a 1040 (2016) income tax return without filing a schedule C, when in fact if the alleged IRS agent was an actual agent she would have known that I haven't filed an income tax return since 2014. I have not received any notices from the IRS nor the United States Treasury concerning any tax issues.

IN CONCLUSION: The bottom line with the foreclosures and the foreclosure attorneys in the legal department of different corporations were violating the United States Attorney Manual Publication 210. They were also disregarding International Uniform Commercial Code wherein as everything in commerce falls under the International Uniform Commercial Code.

There is a major conspiracy being played out in this matter, because according to the rules of the FBI when they have seized property/belongings, they have 6 months to return with an indictment or return all property taken back to the owner. Unless there is an IRS issue involved. I feel this summary paints a picture to support the fraud report that I have submitted for investigation. These are the kind of things I've seen happening to the American people over and over through the corruption of the attorneys and the court system.

Attached to this summary you will find a copy of my non-UCC1 that shows that I am private, a copy my assumed name certificate and three declarations.

_____          _____03/05/18_____
Ronald A. Wright                          Date

COPY

**Declaration of Private American National**

**Of South Carolina For**

**Given Name: Ronald Allen**

**Family Name: Wright**

I Ronald Allen duly sworn hereby declare that I am a Private American National of South Carolina, one of the several states of the united States of America having privileges, rights and immunities including but not limited to a tax exempt status.

I never pledged allegiance to United States known as Washington, DC.

Executed under penalty of perjury.

Ronald Allen   Family: Wright
121 Honey Tree Road
Columbia, South Carolina 29209

COPY

Date 01/01/18

**Declaration For Name Correction**

**For**

**Given Name: Ronald Allen**

**Family Name: Wright**

I Ronald Allen duly sworn hereby declare that this is my intent to distinguish the name on the Birth Certificate from the name of the living man. The name shown on the Birth Certificate is all capital letters which is identifying my estate. The proper name identifying me the living man is Ronald Allen as the Given name in upper and lower case and Wright as the Family Name in upper and lower case. No one has the authority to use my name without my approval.

In addition, I am adding a suffix that identifies with my Nationality. The suffix that I am adding to my name is Bey. I declare that the name of the living man is Ronald Allen Wright.Bey.

Executed under penalty of perjury.

_____        _____
Ronald Allen   Family:Wright.Bey                  Date
121 Honey Tree Road
Columbia, South Carolina 29209

COPY

**Declaration of Claim of Nationality**

**For**

**Given Name: Ronald Allen**

**Family Name: Wright**


I Ronald Allen duly sworn hereby declare that this is my intent to claim my nationality as Moor American. With this claim I am a Private Moor American National of South Carolina.

Executed under penalty of perjury.


_____          _____
Ronald Allen  Family:Wright                                          Date
121 Honey Tree Road
Columbia, South Carolina 29209


COPY


# BIRTH CERTIFICATION

AMENDED

**STATE FILE NUMBER:** 139-65-052766

**NAME OF REGISTRANT:** *RONALD ALLEN WRIGHT*

**DATE OF BIRTH:** SEPTEMBER 04, 1965

**SEX:** MALE

**PLACE OF BIRTH:** GEORGETOWN, SOUTH CAROLINA

**COUNTY OF BIRTH:** GEORGETOWN

**MOTHER'S/PARENT'S MAIDEN NAME:** LEOLA WRIGHT

**MOTHER'S/PARENT'S PLACE OF BIRTH:** SOUTH CAROLINA

**FATHER'S/PARENT'S NAME:** NO FATHER LISTED

**FATHER'S/PARENT'S PLACE OF BIRTH:** NOT LISTED

**DATE RECORD FILED:** DECEMBER 14, 1967

**DATE ISSUED:** JANUARY 17, 2018

**SPECIAL INSTRUCTIONS:**

CHILD'S FIRST NAME AMENDED 09/10/2014

COPY

SC06407043

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Catherine E. Heigel*
Catherine E. Heigel
Director and State Registrar

*Shae R. Sutton*
Shae R. Sutton
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 07/31/2015



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# AFFIDAVIT OF OWNERSHIP
## OF
## REGISTERED SECURITIES & CERTIFICATE OF TITLE

United States of America

} **SS**

South Carolina State

### *"Equality is Paramount and Mandatory by Law"*

To all to whom these presents shall come, Greetings: I, Ronald Allen, also known as Wright, Ronald Allen affiant hereinafter, the beneficial owner and titleholder of the said original birth certificate as ROLAND ALLEN WRIGHT, and amended to RONALD ALLEN WRIGHT. Being duly sworn, declare, and state that I have attain the age of majority on September 4, 1983, 18 years after the date of birth shown by said certificate of title to my estate. I am familiar with all the facts recited herein and have firsthand knowledge of the facts stated herein. I also depose and say that I am one of the record owners and holders of the registered certificated security/birth certificate No: 139-65-052766 whose estate name also appears on the face of the instrument as RONALD ALLEN WRIGHT by reference to the Official Certificate of Live Birth (Title), recorded and filed dated December 14, 1967 in the office of the Clerk, in the County of Georgetown, land of South Carolina, as the same appears to be held for safekeeping by State Registrar. Said Certificate is a Valid Trust Instrument and further describes the same property that is an active trust/estate conveyed unto Affiant (beneficial owner/title holder) as set forth in the attached-mentioned Certificated of Title and to include but not limited to all financial assets, accounts, registered securities, entitlements, real and other personal property that are associated with said trust/estate. Affiant is the one legally entitled and authorized to act, appoint, assign, conveyed, and/ or execute said Trust/ Estate no other parties are allowed without consent from Entitlement Holder/ Beneficial Owner of Record, AND IT IS SO ORDERED.

**In Witness Whereof:** said Affiant (Beneficial Owner) has hereunto set his/ her hand seal

Done this ___4th___ day of ___December___ 2015

BY: _____

Entitlement Holder/Beneficial Owner

COPY

*Recording as Deed of Trust*

**WITNESSES:**

I declare that Ronald Allen also known as Wright, Ronald Allen is personally known to me (or has proven to me on the basis of convincing evidence) to be the Affiant (Beneficial Owner) that he/she signed or acknowledged this "Affidavit of Ownership of Registered Securities & Certificate of Title" in my presence, or he/she appears to be of sound mind and under no duress or undue pressure and/ or influence.

BY: _Sellear, Patricia_

PRINT NAME: _Sellers, Patricia_ DATE: _12-4-2015_

BY: _Malak Bey_

PRINT NAME: _MALAK BEY_ DATE: _12-4-2015_

## CERTIFICATE OF ACKNOWLEDGMENT BY NOTARY PUBLIC

On this date the man/woman named above, in his/her stated capacity, personally appeared before me and acknowledged that this instrument attached hereto was signed as a free and voluntary act and deed for the uses and purpose stated therein.

DATE: _12-4-2015_ BY: _Kendra Jackson_ , Notary Public

SEAL                    My Commission Expires: _January 25, 2025_

COPY

```
KENDRA JACKSON
Notary Public, South Carolina
My Commission Expires
January 25, 2025
```

*Recording as Deed of Trust*

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
*Minnesota Statutes, Chapter* 333



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

ASSUMED NAME:  **RONALD ALLEN WRIGHT**

PRINCIPAL PLACE OF BUSINESS: **121 Honey Tree Road  Columbia SC 29209 USA**

NAMEHOLDER(S):

Name:  Address:

**Wright, Ronald Allen**  **121 Honey Tree Road  Columbia SC 29209**

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY: **Wright, Ronald**

MAILING ADDRESS:  **None Provided**

EMAIL FOR OFFICIAL NOTICES:  **wcolronald@aol.com**



COPY



**Work Item 994628300020**
**Original File Number 854323400024**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**01/16/2018 11:59 PM**

Steve Simon
Secretary of State

 COPY

COPY

Maryland Department of Assessments and Taxation Business Services
File ID: 160629-0941005
Lapse Date: 06/29/2021

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
JUL - 5 2016 AT 10:22 A M
BPA BOOK 60 PAGES 1002
DEPUTY CLERK

RECEIVED
2016 JUN 29 A 9:
DEPARTMENT
OF ASSESSMENT
& TAXATION

Georgia, Lamar County, I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office. This 5th day of July 2016 [signature]

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)**
wcolronald@aol.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Ronald Allen Wright
c/o 121 Honey Tree Raod
Columbia, South Carolina near 29209

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| RONALD ALLEN WRIGHT (U.S. Inhabitant Citizenship Organization) | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 121 Honey Tree Road | Columbia | SC | 29209 | usa |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Ronald Allen Wright (American Private International Organization) | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 121 Honey Tree Road | Columbia | sc | [29209] | usa |

**4. COLLATERAL:** This financing statement covers the following collateral:

DEBTOR is the holder of assests in trust

All property real and intellectual held by the FOREIGN SITUS TRUST dba Ronald Allen Wright created by SOUTH CAROLINA DEPARTMENT OF HEALTH File Number 139-65-052766 and RONALD ALLEN WRIGHT an ESTATE operated by agencies of the United Nations dba UN is the real and intellectual property of the SECURED PARTY symbolized as ronald-allen:wright representing the living man described as Ronald Allen of the House of Wright known as Ronald Allen-heir and beneficiary and equitable title holder.

All natural born children and all other creations such as marriage license, identification cards, voter registration, including all contracts known and unknown are all properties of the SECURED PARTY Ronald Allen Wright.

All variations of the DEBTOR name with all similarly styled names regardless of punctuation are the property of the living man represented symbolically as ronald-allen:wright as Ronald Allen of the House of Wright.

| 5. Check only if applicable and check only one box: Collateral is | ☐ held in a Trust (see UCC1Ad, item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☑ Non-UCC Filing | |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor | | | |
| 8. OPTIONAL FILER REFERENCE DATA: | | | |

COPY

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

NON-UCC Official Document filing per
Registered Mail #: RR 663 086 755 US

## UCC FINANCING STATEMENT

Date Posted and Recorded: _9C 29209-3467 US_

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Ronald Allen Wright (803) 888-0088 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| wcolronald@aol.com |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Ronald Allen Wright |
| Private Attorney General |
| 121 Honey Tree Road |
| Columbia, South Carolina Republic |
| SC 29209-3467 US |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

FOLLOW INSTRUCTIONS
1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Ronald-Allen; Wright – an American Royal "Civilly Alive-Living Land" Mining Republic Civis Organization | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 121 Honey Tree Road | Columbia | SC | 29209-3467 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Ronald Allen Wright – American Principality – Republic Private Attorney General; International Organization | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 121 Honey Tree Road | Columbia | SC | 29209-3467 | US |

4. COLLATERAL: This financing statement covers the following collateral:

As the Bailee – a Principality "Civilly Alive/Derivative Miner" of Age and one having the Full Power of a Private Attorney General; therefore I am by the Bailor's South Carolina Civis Will, Claiming the Bailor's Constitutional 9th and 10th Amendment protected Civilly Alive Rights and Powers and the value of this Royal NON-UCC BAILMENT to be $47 billon per this U.S. Registered Mail - Bailee/Bailor NON-UCC Royal Mining Claim and Lien over the United States of America – Registered Royal "Living Land" Mine known as the BAILOR – Ronald-Allen: Wright and all of his associated RONALD ALLEN WRIGHT Royal Mines held under the foreign "Civil" claim jumping fraudulent and hidden concealment constructive contracts.

Therefore, this "Bailee/Bailor" NON-UCC is a Superior Royal Republic Mining Claim; to demand the restoration of all stolen mining assets and to prevent all future Foreign Claim Jumpers from using their hidden UCC "Identity Theft and Profits and Civil Death-Claim Jumping" Claims, Liens and Bonds for their Foreign Corporate "Claim Jumping" Beneficial unjust Profits. After the 3 days of settlement grace, all unresolved "Claim Jumping Charges" by this Bailee will stand at; $100,000,000.00 per corporation and $1,000,000.00 per individual per Day based upon Title 15 USC § 1 for the Fraudulent "Claim Jumper's Claims, Liens and Bonds" that cause a Restriction of this Royal Mine's Right of Trade and Commerce

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☑ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor |
|---|

8. OPTIONAL FILER REFERENCE DATA:
14th Amendment: PL79-291; 22 USC § 288a; 15 USC § 1&2; 46 USC § 73&573; 1868 Expatriation Act; UCC section 9; Miller Act; Baby Act