THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 3:18-0078-MGL |
| | ) | |
| -vs- | ) | DEFENDANT WRIGHT'S RESPONSE TO |
| | ) | JORETTA JACKSON'S MOTION TO |
| | ) | CONTINUE |
| | ) | |
| | ) | |
| RONALD A. WRIGHT, | ) | |
| Defendant. | ) | |

     Defendant, Joretta Jackson, has made a motion to continue the case beyond the court's scheduled November 13th trial date. Defense counsel acknowledges and does not dispute that her attorney, Thurmond Brooker, has been noticed for trial for the same week in the case of United States v. Hardiman, (17-cr-0469) before the Honorable Bryan Harwell. As such, attorney Zmroczek has been awaiting a signature from Defendant Wright waiving his speedy trial rights. As soon as this is obtained, counsel will file the same.

                                                       Respectfully submitted,

                                                       s/AIMEE J. ZMROCZEK    .
                                                       Aimee J. Zmroczek, Attorney ID - 10767
                                                       A.J.Z. Law Firm, LLC
                                                       P.O. Box 11961
                                                       Columbia, South Carolina 29211
                                                       ajzlawfirm@gmail.com
                                                       (803) 400-1918 – Telephone
                                                       (803) 403-8005 - Fax

Columbia, South Carolina                     Attorney for Defendant Wright
October 29, 2018