From: Ronald Allen Wright, A man and a Citizen of South Carolina Republic
c/o 121 Honey Tree Road
Columbia SC

TO: Administrative Office of the United States Courts
One Columbus Circle, NE
Washington DC 20544
AND
To: G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

AND
To: JEFF SESSIONS, Attorney General
U. S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C., 20530-0001

AND
To: ROBIN L BLUME, clerk of court
U.S. District Court
901 Richland Street
Columbia, South Carolina 29202

SHERRIE A. LYDON, US Attorney
U.S. Department of Justice
Wells Fargo Building
1441 Main Street Suite 500
Columbia, SC 29201

Reference
**Case No: 3:18-78**

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

### NOTICE OF CLAIM OF RIGHT OF SUBROGATION
### FOR COURT BOND IN FUND WITH CUSIP: 44980Q476

I, Ronald Allen Wright, a Citizen of South Carolina Republic and a man of sound mind of the age of accountability, hereinafter I, me or my, declare the following facts to be true, correct, complete and not misleading under my full commercial liability.

The Court Administrator, G. Patrick Jennings, Jeff Sessions, Robin L. Blume hereinafter you or your.

**1 of 2**

I became aware of the following security, using my equity without my knowledge or permission.

**RONALD WRIGHT (CC 3:18-78[T])**
**Voya Global Bond Fund**
Symbol: IGBCX
CUSIP: 44980Q476
Inception Date: 6/30/2006
Net Assets: $234,981,000.00 as of 9/28/2018
Portfolio Assets: $234,981,000.00 as of 9/28/2018

Since it appears that you are using my equity as surety for bonding Case No. 3:18-78, I hereby exercise my right of subrogation on the above security. As the alleged defendant, it appears that I am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status. Are there tax records concerning the transfer of this security to Voya Global Bond Fund or any other transfers?

I demand that the bond be brought forward and that the proceeds from said bond be used to set off and settle all charges concerning Case No. 3:18-78. If you are subject to 18 USC 472 which bars you from talking about anything relating to the securities generated by this case number, then it would behoove you to dismiss this case with prejudice.

November 1, 2018

Solar Date: 8 month 26 day 6022 year

*(signature)*
Ronald Allen Wright

## CERTIFICATE OF SERVICE

**I the undersigned, not a party to these proceedings, hereby certify and affirm that I served a true and correct copy of the foregoing:**

1. **NOTICE OF CLAIM OF RIGHT OF SUBROGATION FOR COURT BOND IN FUND WITH CUSIP: 44980Q476**

**ROBIN L BLUME, clerk of court**
**U.S. District Court**
**901 Richland Street**
**Columbia, South Carolina 29202**          Certified Mail# 7018 0360 0002 2340 6891

And copies of the above document by First Class Mail to:

Administrative Office of the United States Courts
One Columbus Circle, NE
Washington DC 20544
and

G. PATRICK JENNINGS, Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
and

JEFF SESSIONS, Attorney General
U. S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C., 20530-0001
And

SHERRIE A. LYDON, US Attorney
U.S. Department of Justice
**Wells Fargo Building**
1441 Main Street Suite 500
Columbia, SC 29201

And by personal service to:   **Ronald Allen Wright**
                              **121 Honey Tree Road**
                              **Columbia, South**

By causing all of the above to be placed into the US Postal System, addressed to the above person(s)/entity
by: _____
Signature
_____
Helen V. Washington-Thomas
Print Name

**3 of 2**