RECEIVED
USDC CLERK, COLUMBIA, SC
2018 DEC -3 PM 3:50

UNITED STATES DISTRICT COURT
DISTRIC OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. 3:18-78 |
| v. | ) | |
| | ) | |
| RONALD ALLEN WRIGHT | ) | |
| | ) | |

## SECOND NOTICE OF TERMINATION OF PUBLIC DEFENDER

I Ronald Allen Wright, hereby give my second notice of terminating my public defender Aimee Zmroczek. Her duties were resolved and terminated as of November 14, 2018 upon the filing of a Durable Power of Attorney into Land Record, then on November 19, 2018 in open court after the jury rendered the verdict Judge Mary G. Lewis advised me that it will best to allow Aimee Zmroczek to continue on the case because of her knowledge concerning the trial. At which time, I stated I would keep her for now because that morning I had given notice to the court that she had been terminated. At this point I verbally granted Power of Attorney back to Amiee Zmroczek to continue handling the case. After much consideration of all the issues surrounding this case and her handling of the case, it would demonstrate that I am incompetent if I allow her to continue handling this case based upon her continued inadequate assistance and performance.

As you will see in the following grievances listed below:

The grievances are as follows: (Aimee Zmroczek hereinafter referred to as counsel)

1. Counsel was informed that I was never given an arrest warrant and that I was never read my rights when I came in for the arraignment. She said," she figured that ", and that she was going to deal with it at the trial", but she never attempted to do so, even after I reminded her at the trial.
2. Counsel was informed that I was arraigned before I was booked in by the Marshal.
3. Counsel was given crucial information along with names of witnesses but never contacted any witnesses; neither did counsel perform any depositions.
4. Counsel never went over any of the exhibits that the government had in their possession that were going to be used in the trial against me.
5. Counsel never prepared me or gave me information about who would be testifying against me, which means there was no in-depth information concerning the witnesses that I could provide to her for questioning. It was only when witnesses were about to be called up at the trial, then she tried to get me to formulate questions for that witness. This is not the professional way to prepare for any major trial for the questioning of a witness. It was thrown together at the last minute. All of this has my freedom on the hook.
6. Counsel had this case since March of 2018, but it wasn't until the end of October 2018 approximately 2 weeks before the trial when I met with counsel for one hour and half to start preparing for the trial. After this, counsel wanted me to forward case laws and other documents concerning my belief in which I stood for, but it seems to me that all of that was just a setup to make it seem as though she was going to do something for me, even though I was supplying her with Supreme Court decisions and none of it was used in the trial.

7. When the Special Agent for the IRS and another employee of the IRS was testifying, I identified something that was a key discrepancy to the instruments that was being used as exhibits in which they claimed it was fraud. I told counsel after my Co-Defendant counsel was reading the IRS summary report concerning an instrument that was received by the IRS from my Co-Defendant, it stated, "that a payment was received for whatever the amount was per IRM", which meant pursuant to Internal Revenue Manual, and she said, "I know", but she never attacked that issued when she cross examined.
8. If she had cross examined, she would have been able to prove that the instruments were not fraud, which led me to believe that she was not performing in my best interest.

   When the Special Agent for the IRS and another employee of the IRS testified that they did not know what UCC 1-308 and UCC 3-415 meant and that they did not attempt to look it up or research it with counsel that they were lying because there is no way possible that they would not know or have ever looked up those 2 codes if they are claiming to have worked for the agencies that they worked for the number of years they have been working for them, but yet she really never attacked that issue like a defense attorney would it attack it if he or she had her clients best interest at heart. I am not a bar attorney but I could have discredited them in front the jury.

9. I gave Counsel an updated witness list that she requested from me, but she never subpoena anyone from that list, in fact she told me on day 3 of the trial, that it would be too much of an expense and time to subpoena them and tell them to just come. Here is the problem with that statement, take a closer look at number 10.

10. The day before the trial a very derogatory ad was ran in the state newspaper that marked me as a sovereign citizen who was fighting against paying Federal Taxes including but not limited to paying State sales tax, which had nothing to do which the trial because Department of Revenue of the State of South Carolina was not a party involved in this case. This ad had an effect on those who had agreed and will testify on my behalf because they did not want to be black balled or targeted as a sovereign citizen like I was being targeted. This also leads to my next grievance number 11.
11. The jury in this trial was not sequestered, they were allowed to go home every day and this derogatory ad was placed in the newspaper just before the trial in which I was unaware of it until Aimee Zmroczek mentioned it to the judge at the trial. She was getting calls from her colleagues asking why that ad was coming out in the newspaper before the trial. If this was important enough for her colleagues to inquire why this was happening it leads me to believe that this signifies that this could create an issue for her client, because you can tell the jury not to read anything in the newspaper or online but who is going to be able to determine that they did not read this article that was online and in the papers, but they are not going to tell anyone because they have been instructed not to do so, because everyone was surprise that the jury only deliberated for 40 mins and never requested to see any of the exhibits or transcripts of any testimony that were presented during the trial.
12. I was informed by counsel that when I take the witness stand that I will be able to rebut the testimony of those who testified against me and that I will be given the opportunity to clarify my belief and give information on what I believed and what it was based upon, but it was the very opposite once I got on the witness stand. Counsel only asked about 1 witness but it was only a general question and nothing concerning what I told her about the key information about Leon Wilson's testimony,

13. I was informed by my counsel prior to taking the witness stand that I could not quote any case laws or say anything somebody else said, but yet I sat and heard Mr. Leon Wilson tell the government what a Judge said, but yet I was not allowed to say what a Judge said when I began to speak about the first case when I went to court with a client.
14. I informed counsel that I was unaware and was not involved in filing with my wife on the tax return that they were claiming that I filed fraudulently because I did not file a schedule C. Counsel never made an attempt to do a deposition or subpoena my wife to testify concerning that matter.
15. The government exhibited in court a 2013 and a 2012 tax return showing that there were no schedule C, but in fact I brought copies where the 2012 and 2013 had copies of the Schedule C attached to them demonstrating that the government intentionally did not attach the Schedule C to either one of those Tax Returns. Counsel did not attack that issue neither.
16. I informed counsel that I had filed a late 2014 tax return in or around about April of 2016. I brought a copy of it to her and gave her the password to my Free USA Tax Return account which I used to prepare my tax returned, The software indicated that I completed the tax return April 20, 2016, but the government claimed that they did not see my tax return at the IRS.
17. I continued my investigation and spoke with an IRS Agent on the phone who after several attempts discovered the 2014 tax return that was filed in 2016, in which I was able to record this call, because I told the agent I had some issues in taking notes and that I was recording. After this call, I contacted my counsel's office and left word that I had located the tax return that they claimed they had not seen. Then I called my wife to give her the news and she asked, "Did I get the agents name and ID#?", I said no, because I didn't start recording until after the agent stated her name. When I called the IRS back to get the name of Agent I spoke with, I was informed that there was no record of me calling that morning. Then I requested the information again regarding the 2014 tax return that was filed in 2016 and now the agent claims there is no record of it in our system. For me this is very suspicious because the only person I informed that information regarding the filing of the return found by the IRS Agent was my counsel.

Based upon the testimony of the Special Agent she testified that they have a software that intercepts all correspondence and communication between the IRS and the taxpayers, which someone would have to explain why one IRS Agent could find my tax return filed in 2016 and another Agent could not shortly thereafter my 2nd call into the IRS office the exact same day.

18. My counsel was given information concerning my nationality which is an American because a U.S. Citizen is not a nationality. My counsel was given information that was displayed on a marriage license regarding nationality dating back to 1930's. I explained to her when Congress created the Voters Right Act in 1965 for blacks who were Americans who registered to vote and how registering to vote eliminated their nationality based upon their voluntary act to vote. I gave my counsel information of how I voluntarily revoked my voters registration and reclaimed my nationality, but this was an issue that she was not willing to address that's why she allowed me to address the court concerning that I was not a U.S. Citizen and that the jury was not that of my peers. Her words were Mr. Wright can explain it better that I can.

## IN CONCLUSION:

I am giving notice that my counsels limited power of attorney has been revoked based upon the 18 grievance's listed above. Counsel is ordered to cease and desist of any and all administration of the defendant RONALD ALLEN WRIGHT.

12/3/18

_____ Sui juris
Ronald Allen Wright
121 Honey Tree Road
Columbia, South Carolina republic

UNITED STATES DISTRICT COURT
DISTRIC OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | CRIMINAL NO. 3:18-78 |
| v. | ) |  |
|  | ) |  |
|  | ) |  |
| RONALD ALLEN WRIGHT | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that** I Ronald Allen Wright am of such age and discretion to be competent to serve papers **on this** 3 **day of** Dec , 20___, a copy of the Documents: **SECOND NOTICE OF TERMINATION OF PUBLIC DEFENDER**

Parties Served:

DWAYNE PEARSON, US Attorney
U.S. Department of Justice
Wells Fargo Building
1441 Main Street Suite 500
Columbia, SC 29201

_____ Sui juris
Ronald Allen Wright
121 Honey Tree Road
Columbia, South Carolina republic