Certified #
7017 3040 0000 0100 9529      **E AND DESIST**



Nemo me impune lacessit.

| PRIVATE<br>THIS IS NOT A PUBLIC<br>COMMUNICATION<br><br>Notice to agent is Notice to Principle<br>Notice to principle is Notice to Agent<br>Application to all successors and assigns | From: Ronald Allen Wright, UCC1-308 ARR<br>Care of postal service address:<br>121 Honey Tree Road<br>Columbia, South Carolina union state<br>Non domestic without the United States<br>Zip exempt, but near 29209 |
|---|---|

TO:

| To: DeWayne Pearson, US Attorney<br>U.S. Department of Justice<br>Wells Fargo Building<br>1441 Main Street Suite 500<br>Columbia, SC 29201 | To: Sherry A. Lydon -U.S. Attorney for the District<br>of South Carolina<br>U.S. Department of Justice<br>Wells Fargo Building<br>1441 Main Street Suite 500<br>Columbia, SC 29201 |
|---|---|
| To: Matthew G. Whitaker-Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | To: Randolph D. Alles – Director<br>U.S. Secret Service<br>Office of the Government and Public Affairs<br>245 Murray Lane<br>Washington, DC 20223 |

Attachments:

1. Birth certificate.

It is a fact that: I, Ronald Allen Wright, am a natural born State Citizen of South Carolina, in its constitutional capacity, as one of the several states of the Union. And I am an inhabitant thereof.

It is a fact that: That my birth certificate is proof that I am a State Citizen of South Carolina. (See attached birth certificate.

It is a fact that: That I am not a United States citizen, resident, person individual or any other legal fiction, nor have I ever been.

It is a fact that: I explicitly reserve all of my rights always and forevermore.

It is a fact that: That the United States, with intent and great deception, uses the term "United States citizen" to deprive the people of their rights, their birth rights, their property and freedom. And further, to regulate that status of the people, to that of livestock.

I owe you nothing nor do you have any jurisdiction over me. Your unlawful action that brought about an indictment has deprived me of my right to tranquility guaranteed by the preamble of, and the rest of the constitution for the United States of America. You are violating the RICO laws, stalking laws depriving

rights under color of law as well as the common law and the constitution. Your actions are also acts of treason and tyranny.

## I ORDER YOU TO CEASE AND DESIST ALL ACTIVITIES AGAINST ME!

Ronald Allen Wright

Tenth day of December 10th in the year of our Lord 2018

By: _____

Beth Drake - U.S. Attorney
1441 Main Street Ste 500
Columbia, South Carolina 29201

Robin L. Blume – Clerk of Court
Clerk of Federal District Court
901 Richland Street
Columbia, South Carolina 29201

Universal Postal Union International Bureau
PO Box 312
3000 Burne 15 Switzerland