PS 8
(Rev. DSC 07/14)

# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v. Ronald Allen Wright          Docket No. 3:18-cr-00078-MGL-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Sherese J. Wilson, Probation Officer, presenting an official report upon the conduct of defendant, Ronald Allen Wright, who was placed under pretrial release supervision by The Honorable Paige J. Gossett sitting in the Court at Columbia, SC, on the 18th day of January 2018, under the following conditions:

- Report for supervision to the Pretrial Services Office as directed.
- Restrict travel to the State of South Carolina without prior permission of the Court through pretrial services.
- Surrender any passport to pretrial services.
- Do not obtain a passport or other international travel document.
- Do not possess a firearm, destructive device, or other weapon.
- Report as soon as possible to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

- The defendant failed to make his monthly check-ins with the United States Probation Office on December 3, 2018; January 7, 2019; February 4, 2019; and March 4, 2019.

PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Ronald Allen Wright, to be brought before the U.S. Magistrate Judge below, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

ORDER OF COURT

Considered and ordered this 25th day of March, 2019 and ordered filed and made a part of the records in the above case.

_Paige J. Gossett_
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2019

_Sherese J. Wilson_
Sherese J. Wilson, U.S. Probation Officer

Place   Columbia-Probation