United States District Court
District of South Carolina

United States of America )
vs. )  Docket No: 3:18CR00078MGL
Ronald Allen Wright )
 )
 )

Motion and Notice to terminate public deffender and to appoint a consul.

I Ronald Allen Wright Bey, an Asiatic Moorish American, By birth right and blood. I am giving notice that I am terminating Mark Caldovn as my public deffender. And is requesting for the court to appoint a consul. The reason for these actions are solely based upon that I am no longer lost at sea. I have properly notified and registered under Asiatic Moorish American trust, Under the United Nations.

Thank you for your co-operation.

4/29/19

[signature]