United States District Court
District of South Carolina

United States of America )
Vs. ) Docket No: 3:18CR00078MGL
Ronald Allen Wright )
)
)

Motion to stop all proceedings to establish jurisdiction and terriotory

On the record and for the record, I Ronald Allen Wright Bey, am and Asiatic Moorish America by birth right and blood. I am petitioning this court to stop all proceedings beyond status hearing and release, as well as Motion and Notice to terminate public deffender and appoint consul. In other words there can be no sentencing date for this case. The purpose for this petition is to establish the jurisdiction and territory of this court. In which it will prove beyond a shadow of any doubt that this court does not have jurisdiction or territory of any aboriginals and or indeginous people.

Thank you for your Co-operation,

4/29/19    Ronald Allen Wright Bey