United States District Court
District of South Carolina

United States of America )
vs. ) Docket No: 3;18CR1800078MGL
Ronald Allen Wright )

Notice of Appeal

Please take that I Ronald Allen Wright appeals the conviction and sentencing of the above listed case. The conviction was rendered on Nov. 19-2018, the sentencing was rendered on May 14-2019.

5/19/19

RECEIVED
USDC CLERK, COLUMBIA, SC
2019 MAY 23 PM 12:28