United States District Court
For South Carolina

United States of America Inc    Case #

V                               3;18-CR-78-MGL

Ronald Allen Wright

50 USC (Appendix 20b) 7c & d
War and Defense

Dear Clerk of Court,

I Am Ronald Allen Wright Bey, A Moorish American National, an American an not a U.S. Citizen. I Am writing to inform you that I Am no longer volunteering to be a trustee or surety the above case. I hereby appoints Judge Mary Lewis as trustee and order her to post the Bond for the debt (also fine) case for my immediately. I have Already inform the institution that I Am no longer a volunteer prisoner. At this point I am being helded without a contract (slavery without a contract).

RECEIVED
USDC CLERK, COLUMBIA, SC
2019 OCT -4 AM 11:28

13                                    P. 1

Also, I am contesting that an Active estate is filed for me. Currently, there is a disregarded entity with the last 4 ssn 1407 listed with the Social Security Administrative Office and at the Internal Revenue Service, please make sure that the active estate is in fully active and give a full Accounting of the estate.

This Active estate should Offically state my Nationality and connect me to all of my Anuities.

When sending any correspondence back to me, please send a 1 class copy the current Admistaton at 9108 Mytle Ave. Bowie, Maryland 27207,

Nannette Johnson,

Thank You

I Am *[signature]*

P.S.

Need A 72 hours response. Thanks

Peace to you to be transfered

Also, I Am absolute

At any time.